El Pueblo de Puerto Rico, demandante y apelado, *v.*
Ramón Padilla @ Melena, acusado y apelante

No. 3138.—*Visto:* Marzo 15, ᴊ927. *Resuelto:* Marzo 18, 1927.

DERECHO PENAL—FECHA DEL JUICIO Y SUSPENSIÓN—SOBRESEIMIENTO DE LA
CAUSA O DEL PROCESO—TARDANZA EN CELEBRAR EL JUICIO O EN PRESENTAR
LA ACUSACIÓN—JUICIO NO CELEBRADO DENTRO DEL TÉRMINO—JUSTA CAUSA
—TRABAJO DE LA CORTE.—El mucho trabajo que pese sobre una corte no
es por sí sólo justa causa para la demora en la celebración de un juicio
más allá del término estatutorio.

SENTENCIA de *Angel Acosta Quintero,* J. (San Juan), condenando·
al acusado por delito de Acometimiento y Agresión Grave. *Re-
vocada,* sobreseyéndose el caso.

*Angel A. Vázquez,* abogado del apelante; *José E. Figueras,* abogado
de *El Pueblo,* apelado.

El Juez Asociado Señor Franco Soto, emitió la opinión del
tribunal.

El único fundamento de error alegado por el apelante
es haber desestimado la corte inferior la moción en que so-
licitaba el sobreseimiento, por haber transcurrido más de
120 días sin la celebración del juicio y sin que por su parte
hubiera pedido la transferencia o suspensión del mismo.

El fiscal en su alegato admite el error y así lo ratificó en
el acto de la vista.

La acusación se presentó originalmente por el delito de
acometimiento y agresión grave ante la corte municipal y
la cuestión fué levantada al celebrarse el juicio *de novo*
ante la corte de distrito. El récord de apelación fué radi-
cado en septiembre 1º, 1926, y el juicio fué celebrado en
febrero 4, 1927. Según ya hemos declarado, en casos como
el presente para computar el término de 120 días el punto
de partida es la fecha de la radicación en la corte de dis-
trito y no aquella en que se interpuso la apelación. *El Pue-
blo* v. *Mercado,* 27 D.P.R. 568.

El fiscal de distrito admitió los hechos en que se basaba
la moción y simplemente, sin alegar razón alguna, se opuso

al sobreseimiento. El juez inferior denegó la moción fundándose en la imposibilidad de haber celebrado el juicio por el mucho trabajo que pesaba sobre la corte. Pero ha sido resuelto por repetida jurisprudencia de esta Corte Suprema que tal fundamento por sí sólo no es una justa causa para la demora en la celebración del juicio más allá del tiempo que ha fijado la ley, y por tanto, *debe revocarse la sentencia apelada y sobreseerse el caso.*